UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN ZLOTNICK )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>KMART, a wholly owned subsidiary; SEARS )<br>HOLDINGS  MANAGEMENT )<br>CORPORATION, a corporation; and DOES 1 )<br>through 10, inclusive )<br>)<br>Defendants ) | CASE NO.: 11cv1504 DMS POR<br><br>JOINT MOTION FOR DISMISSAL |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Ben Zlotnick, through his attorney of record, Suzy C. Moore, and Defendants KMart and Sears Holdings Management Corporation, through their attorney of record, Jody Landry, hereby stipulate to the dismissal with prejudice of all claims alleged, or that could have been alleged in this case. Each party further stipulates to pay their own costs and attorneys' fees.

DATED: November 16, 2011        LAW OFFICES OF SUZY C. MOORE

                                By:    /S/ Suzy C. Moore
                                       Suzy C. Moore
                                       Attorney for Plaintiff

1

1
2  DATED:   November 16, 2011              LITTLER MENDELSON
3                                    By:   /S/ Jody Landry
                                           Jody Landry, Esq.
4                                          Attorneys for Defendants
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28